**FILED**
August 1, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>MICHAEL HILL, )<br>)<br>Defendant. ) | CASE NUMBER: 2:11-cr-00321 WBS<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Michael Hill</u>; Case <u>2:11-cr-00321 WBS</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_   Release on Personal Recognizance

    \_   Bail Posted in the Sum of _____

    \_   Unsecured Appearance Bond in the amount of <u>$25,000.00</u>, co-signed by Florence Hill

    \_   Appearance Bond with 10% Deposit

    \_   Appearance Bond secured by Real Property

    \_   Corporate Surety Bail Bond

    <u>X</u>   (Other) <u>Pretrial Supervision/Conditions.</u>

Issued at <u>Sacramento, CA</u> on <u>8/1/2011</u> at 3:15 p.m.

By  /s/ Kendall J. Newman
Kendall J. Newman
United States Magistrate Judge