1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2   MATTHEW SCOBLE, Bar #237432
    Designated Counsel for Service
3   801 I Street, 3rd Floor
    Sacramento, California  95814
4   Telephone: (916) 498-5700

5   Attorney for Defendant
    MICHAEL HILL
6

7
                IN THE UNITED STATES DISTRICT COURT
8
              FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10
    UNITED STATES OF AMERICA,      )  NO. CR.S-11-321-WBS
11                                 )
                   Plaintiff,      )
12                                 )  **STIPULATION AND [~~PROPOSED~~] ORDER;**
         v.                        )  **CONTINUING STATUS CONFERENCE**
13                                 )  **AND EXCLUDING TIME**
    MICHAEL HILL,                  )
14                                 )  Date:  December 5, 2011
                   Defendant.      )  Time:  8:30 a.m.
15  _____)  Judge: Hon. William B. Shubb

16
         IT IS HEREBY STIPULATED by and between the parties hereto through
17
    their respective counsel, KYLE REARDON, Assistant United States
18
    Attorney, attorney for Plaintiff, and MATTHEW SCOBLE, attorney for
19
    MICHAEL HILL, that the status conference hearing date of October 31,
20
    2011 be vacated, and the matter be set for status conference on
21
    December 5, 2011 at 8:30 a.m.
22
         The reason for this continuance is to allow defense counsel
23
    additional time to review discovery with the defendant, to examine
24
    possible defenses and to continue investigating the facts of the case.
25
         Based upon the foregoing, the parties agree that the time under
26
    the Speedy Trial Act should be excluded from the date of signing of
27
    this order through and including December 5, 2011 pursuant to 18 U.S.C.
28

§3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code

T4 based upon continuity of counsel and defense preparation.

DATED:  October 28, 2011.                    Respectfully submitted,

                                             DANIEL J. BRODERICK
                                             Federal Public Defender


                                             /s/ Matthew Scoble
                                             MATTHEW SCOBLE
                                             Designated Counsel for Service
                                             Attorney for MICHAEL HILL

DATED:  October 28, 2011.                    BENJAMIN WAGNER
                                             United States Attorney


                                             /s/ Matthew Scoble for
                                             KYLE REARDON
                                             Assistant U.S. Attorney
                                             Attorney for Plaintiff




                              ORDER

     UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is

ordered that the October 31, 2011, status conference hearing be

continued to December 5, 2011, at 8:30 a.m.  Based on the

representation of defense counsel and good cause appearing there from,

the Court hereby finds that the failure to grant a continuance in this

case would deny defense counsel reasonable time necessary for effective

preparation, taking into account the exercise of due diligence.  The

Court finds that the ends of justice to be served by granting a

continuance outweigh the best interests of the public and the defendant

in a speedy trial.  It is ordered that time up to and including the

December 5, 2011 status conference shall be excluded from computation

of time within which the trial of this matter must be commenced under
the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv)
and Local Code T-4, to allow defense counsel reasonable time to
prepare.

Dated:  October 28, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3