DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW SCOBLE, Bar #237432
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
MICHAEL HILL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>            Plaintiff,           )<br>                                 )<br>    v.                           )<br>                                 )<br> MICHAEL HILL,                   )<br>                                 )<br>            Defendant.           )<br>_____) | NO. CR.S-11-321-WBS<br><br>**STIPULATION AND [PROPOSED] ORDER;<br>CONTINUING STATUS CONFERENCE<br>AND EXCLUDING TIME**<br><br>Date:  March 26, 2012<br>Time:  9:30 a.m.<br>Judge: Hon. William B. Shubb |

　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KYLE REARDON, Assistant United States Attorney, attorney for Plaintiff, and MATTHEW SCOBLE, attorney for MICHAEL HILL, that the status conference hearing date of February 13, 2012 be vacated, and the matter be set for status conference on March 26, 2012 at 9:30 a.m.

　　　The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case. The Defendant has an extensive psychiatric and medical history that the Defense needs to explore.  The Defense has located a suitable expert to evaluate the defendant's psychiatric issues.  That evaluation will take

place shortly. This continuance should allow the expert the prepare a report and give the Defense sufficient time to review it.

    Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including March 26, 2012 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED:   February 7, 2012.                    Respectfully submitted,

                                                          DANIEL J. BRODERICK
                                                          Federal Public Defender

                                                          /s/ Matthew Scoble
                                                          MATTHEW SCOBLE
                                                          Designated Counsel for Service
                                                          Attorney for MICHAEL HILL

DATED:   February 7, 2012.                    BENJAMIN WAGNER
                                                          United States Attorney

                                                          /s/ Matthew Scoble for
                                                          KYLE REARDON
                                                          Assistant U.S. Attorney
                                                          Attorney for Plaintiff

ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the February 13, 2012, status conference hearing be continued to March 26, 2012, at 9:30 a.m.  Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective

1  preparation, taking into account the exercise of due diligence.  The
2  Court finds that the ends of justice to be served by granting a
3  continuance outweigh the best interests of the public and the defendant
4  in a speedy trial.  It is ordered that time up to and including the
5  March 26, 2012 status conference shall be excluded from computation of
6  time within which the trial of this matter must be commenced under the
7  Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and
8  Local Code T-4, to allow defense counsel reasonable time to prepare.
9  Dated:  February 7, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE