DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW SCOBLE, Bar #237432
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
MICHAEL HILL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR.S-11-321-WBS |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND [PROPOSED] ORDER;** |
| v. | ) | **CONTINUING STATUS CONFERENCE** |
| | ) | **AND EXCLUDING TIME** |
| MICHAEL HILL, | ) | |
| | ) | Date: May 14, 2012 |
| Defendant. | ) | Time: 9:30 a.m. |
| _____ | ) | Judge: Hon. William B. Shubb |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KYLE REARDON, Assistant United States Attorney, attorney for Plaintiff, and MATTHEW SCOBLE, attorney for MICHAEL HILL, that the status conference hearing date of April 30, 2012 be vacated, and the matter be set for status conference on May 14, 2012 at 9:30 a.m.

    The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case. The Defendant has an extensive psychiatric and medical history that the Defense needs to explore.  The Defendant has now been evaluated by a psychologist, and the evaluation has been discovered to the government.

Negotiations in the case are on-going.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including May 14, 2012 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED:  April 25, 2012.                    Respectfully submitted,

                                           DANIEL J. BRODERICK
                                           Federal Public Defender


                                           /s/ Matthew Scoble
                                           MATTHEW SCOBLE
                                           Designated Counsel for Service
                                           Attorney for MICHAEL HILL


DATED:  April 25, 2012.                    BENJAMIN WAGNER
                                           United States Attorney


                                           /s/ Matthew Scoble for
                                           KYLE REARDON
                                           Assistant U.S. Attorney
                                           Attorney for Plaintiff


ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the April 30, 2012, status conference hearing be continued to May 14, 2012, at 9:30 a.m.  Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the

1  ends of justice to be served by granting a continuance outweigh the
2  best interests of the public and the defendant in a speedy trial.  It
3  is ordered that time up to and including the May 14, 2012 status
4  conference shall be excluded from computation of time within which the
5  trial of this matter must be commenced under the Speedy Trial Act
6  pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4,
7  to allow defense counsel reasonable time to prepare.
8  Dated:  April 25, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3