1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MATTHEW SCOBLE, Bar #237432
   Designated Counsel for Service
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   MICHAEL HILL
6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,        )  NO. CR. S-11-321-WBS
11                                   )
                     Plaintiff,      )
12                                   )  **STIPULATION AND [PROPOSED] ORDER**
        v.                           )  **CONTINUING STATUS CONFERENCE**
13                                   )      **AND EXCLUDING TIME**
   MICHAEL HILL,                     )
14                                   )  Date:  August 6, 2012
                     Defendant.      )  Time:  9:30 a.m.
15 _____    )  Judge: Hon. William B. Shubb

16
        IT IS HEREBY STIPULATED by and between the parties hereto through
17
   their respective counsel, KYLE REARDON, Assistant United States
18
   Attorney, attorney for Plaintiff, and MATTHEW SCOBLE, attorney for
19
   MICHAEL HILL, that the status conference hearing date of July 2, 2012
20
   be vacated, and the matter be set for status conference on August 6,
21
   2012 at 9:30 a.m.
22
        The reason for this continuance is to allow defense counsel
23
   additional time to review discovery with the defendant, to examine
24
   possible defenses and to continue investigating the facts of the case.
25
   The Defendant has an extensive psychiatric and medical history that the
26
   Defense needs to explore.  The Defendant has now been evaluated by a
27
   psychologist, and the evaluation has been discovered to the government.
28

1 Negotiations in the case are on-going.

2    Based upon the foregoing, the parties agree that the time under

3 the Speedy Trial Act should be excluded from the date of signing of

4 this order through and including August 6, 2012 pursuant to 18 U.S.C.

5 §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code

6 T4 based upon continuity of counsel and defense preparation.

7
  DATED:   June 28, 2012.                    Respectfully submitted,
8
                                             DANIEL J. BRODERICK
9                                            Federal Public Defender

10

11                                           /s/ Matthew Scoble
                                             MATTHEW SCOBLE
12                                           Designated Counsel for Service
                                             Attorney for MICHAEL HILL
13

14 DATED:   June 28, 2012.                   BENJAMIN WAGNER
                                             United States Attorney
15

16
                                             /s/ Matthew Scoble for
17                                           KYLE REARDON
                                             Assistant U.S. Attorney
18                                           Attorney for Plaintiff

19

20

21                                **ORDER**

22    UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is

23 ordered that the July 2, 2012, status conference hearing be continued

24 to August 6, 2012, at 9:30 a.m.  Based on the representation of defense

25 counsel and good cause appearing there from, the Court hereby finds

26 that the failure to grant a continuance in this case would deny defense

27 counsel reasonable time necessary for effective preparation, taking

28 into account the exercise of due diligence.  The Court finds that the

1  ends of justice to be served by granting a continuance outweigh the

2  best interests of the public and the defendant in a speedy trial.  It

3  is ordered that time up to and including the August 6, 2012 status

4  conference shall be excluded from computation of time within which the

5  trial of this matter must be commenced under the Speedy Trial Act

6  pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4,

7  to allow defense counsel reasonable time to prepare.

8  Dated:  June 28, 2012

9

10  WILLIAM B. SHUBB

11  UNITED STATES DISTRICT JUDGE

3