JOSEPH SCHLESINGER, #87692
Acting Federal Defender
MATTHEW M. SCOBLE, CA Bar #237432
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
MICHAEL HILL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.  2:11-CR-00321-WBS |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER TO MODIFY |
| v. ) | SURRENDER DATE |
| ) | |
| MICHAEL HILL, ) | |
| ) | |
| Defendant. ) | Time: |
| ) | Judge: Hon. William B. Shubb |
| _____ ) | |

    Defendant, MICHAEL HILL, through Matthew M. Scoble, Assistant Federal Defender, and Kyle Reardon, Assistant U.S. Attorney, hereby requests a two-week extension of his self-surrender date from February 13, 2013 to February 27, 2013 at 2:00 p.m.

    On January 22, 2013, this Court sentenced Mr. Hill to the custody of the Bureau of Prisons for a term of six (6) months, and ordered him to self-surrender on or before February 13, 2013 at 2:00 p.m.. The Court recommended an institution that could best accommodate Mr. Hill's

manifold medical issues.

As of Monday, February 11, 2013, undersigned counsel has received no notice from the Bureau of Prisons regarding Mr. Hill's designation. Counsel has been in recent contact with the US Marshals service. The US Marshals service has also received no notice from Bureau of Prisons.

Assistant U.S. Attorney, Kyle Reardon, stipulates that Mr. Hill's self-surrender date should be extended to allow BOP sufficient time for appropriate designation.

Mr. Hill is not supervised by Pre-Trial Services.

Based on the foregoing, the parties stipulate and request that this Court vacate the self-surrender date of February 13, 2013, and enter an Order extending the self-surrender date two weeks to February 27, 2013 at 2:00 p.m.

Dated:   February 11, 2013

Respectfully submitted,

JOSEPH SCHLESINGER
Acting Federal Defender


/s/ Matthew Scoble
MATTHEW M. SCOBLE
Assistant Federal Defender
Attorney for Defendant
MICHAEL HILL

Dated:   February 11, 2013         BENJAMIN B. WAGNER
United States Attorney

/s/ Matthew Scoble
KYLE REARDON
Assistant U.S. Attorney

**O R D E R**

The self-surrender date of February 13, 2013 is vacated. Defendant, Michael Hill, shall surrender to the facility designated by the Bureau of Prisons or to the United States Marshal Service on or before February 27, 2013 by 2:00 p.m.

Dated: February 12, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE