BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700
(916) 554-2900 FAX

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL HILL,<br><br>　　　　Defendant. | CASE NO. 2:11-CR-00321 WBS<br><br>**MOTION TO DISMISS INDICTMENT AND [PROPOSED] ORDER DISMISSING INDICTMENT** |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, Plaintiff, United States of America, by and through its undersigned attorney, hereby files this motion and proposed order dismissing Count One of the pending indictment against the defendant in the above-captioned matter. On February 27, 2013, the United States was informed that the defendant reported to the Bureau of Prisons to begin serving the term of imprisonment imposed by the Court following his plea of guilty to Count Two of the Indictment. Accordingly, further proceedings on Count One are no longer necessary.

Dated: February 28, 2013　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　By:　*/s/ Kyle Reardon*
　　　　　　　　　　　　　　　　　　　　　KYLE REARDON
　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:11-CR-00321 WBS |
| Plaintiff, ) | |
| ) | [~~PROPOSED~~] |
| v. ) | **ORDER** |
| ) | |
| MICHAEL HILL, ) | |
| ) | |
| Defendant. ) | |
| ) | |

The United States motion to dismiss Count One of the pending indictment in case number 2:11-CR-00321 WBS is granted.

APPROVED AND SO ORDERED.

DATED: February 28, 2013

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE